IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARISSA M. MONTANEZ | : | Case No. 4:14-cv-0553 |
| Plaintiff, | : | |
| v. | : | (Judge Brann) |
| MISSOURI BASIN WELL SERVICES | : | |
| Defendants. | : | |

**ORDER**
April 10, 2015

AND NOW, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT** Defendant Missouri Basin Well Services' Motion to Dismiss the Amended Complaint (ECF No. 16) is **GRANTED** in part and **DENIED** in part.

The following counts of Plaintiff's Amended Complaint are **DISMISSED**:

1.) Count II: age discrimination and retaliation under the Age Discrimination in Employment Act;

2.) Count III: disability discrimination under the Americans with Disabilities Act;

3.) Count IV: age and disability discrimination under the Pennsylvania Human Relations Act; and

1

4.) Plaintiff's request for punitive damages under the applicable federal statutes.

The Court dismisses these counts **WITHOUT PREJUDICE** and grants Plaintiff leave to amend by April 24, 2015 the outlined deficiencies of her Complaint.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge