# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARISSA M. MONTANEZ** | NO. 14-00553-MWB |
| *Plaintiff,* | (Judge Brann) |
| vs. | CIVIL ACTION |
| **MISSOURI BASIN WELL SERVICES** | |
| *Defendant.* | |

## ORDER

**AND NOW,** this <u>24th</u> day of <u>March</u>, 2016, upon consideration of Plaintiff's Unopposed Motion for an Extension of Case Management Deadlines, it is hereby **ORDERED** that the motion is **GRANTED** as follows:

1. Fact discovery is hereby extended to **May 31, 2016.**

2. The dispositive motion deadline is hereby extended to **June 30, 2016.**

3. All other deadlines previously set by the Court in its June 24, 2015 Scheduling Order shall remain in effect unless otherwise ordered by the Court.

BY THE COURT:

*/s/ Matthew W. Brann*

MATTHEW W. BRANN
United States District Judge