# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARISSA M. MONTANEZ, | : | No. 4:14-CV-00553 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| MISSOURI BASIN WELL SERVICES, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of August 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, ECF No. 43, is **GRANTED**.

2. The Clerk of Court is directed to enter final judgment in favor of the Defendant and close this case.

BY THE COURT

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge